IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNE REBECCA LONG-WOLFE,<br><br>    Plaintiff,<br><br>    v.<br><br>NILS J. DIAZ, in his Capacity as<br>Chairman of the United States<br>Nuclear Regulatory Commission,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:03-CV-0142-BBM |

## **O R D E R**

This matter is before the court on it own initiative. The parties to this action were before the court on August 23, 2005, and announced to the court that they had settled and resolved the issues raised in this proceeding. As the court recalls it, the parties further announced that it would take approximately eight weeks to finalize the settlement, in order for the plaintiff to be able to file a dismissal of this action. Eight weeks have now passed, with no dismissal of the action. Accordingly, the parties are hereby ORDERED to file a Report within ten days of the date of this Order reflecting the status of this action.

IT IS SO ORDERED, this 18th day of October, 2005.

                                              s/Beverly B. Martin
                                              BEVERLY B. MARTIN
                                              UNITED STATES DISTRICT JUDGE